COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


NUMBER 13-06-685-CV




NABORS CORPORATE SERVICES, INC. 

D/B/A EPOCH WELL SERVICES, INC. D/B/A 

NABORS DRILLING USA, L.P. D/B/A 

NABORS INDUSTRIES, LTD. D/B/A NABORS, Appellant,


v.



BENNY OCHOA, Appellee.

_______________________________________________________


On appeal from County Court at Law No. 2 


of Hidalgo County, Texas.


_______________________________________________________


NUMBER 13-07-063-CV



IN RE NABORS CORPORATE SERVICES, INC. D/B/A EPOCH WELL
SERVICES, INC. D/B/A NABORS DRILLING USA, L.P. D/B/A NABORS
INDUSTRIES, LTD. D/B/A NABORS

_______________________________________________________


On Petition for Writ of Mandamus


_______________________________________________________

 

MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Nabors Corporate Services, Inc. sought review of the trial court's denial of its
motion to compel arbitration through an interlocutory appeal and a petition for writ of
mandamus. Nabors has now filed agreed motions to dismiss the appeal and petition
for writ of mandamus. In its motions, Nabors states that, after these causes were
ordered to mediation by this Court, the parties were able to reach an agreement to
settle their differences. Nabors requests that the appeal and petition for writ of
mandamus be dismissed. In addition, Nabors requests that this Court expedite
issuance of the mandate and that costs be taxed against the party incurring same. 

 The Court, having considered the documents on file and the agreed motions to
dismiss, is of the opinion that the motions should be granted. The agreed motions to
dismiss appeal and petition for writ of mandamus are GRANTED. In addition,
appellant's motion to expedite issuance of mandate is GRANTED. The appeal and the
petition for writ of mandamus in the above causes are DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of May, 2007.